# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

COLTON HARVEY,
ADC #152533                                                                                                                             PLAINTIFF

v.                            Case No. 1:16-cv-00124 KGB/BD

M. WALLIS, *et al.*                                                                                                                        DEFENDANTS

## ORDER

     Before the Court is the Recommended Disposition ("Recommendation") from United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections to the Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Colton Harvey's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

     So ordered this 16th day of October, 2017.


_____
Kristine G. Baker
United States District Judge