IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

COLTON HARVEY,
ADC #152533                                                                            PLAINTIFF

v.                              Case No. 1:16-cv-00124 KGB/BD

M. WALLIS, *et al.*                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 16th day of October, 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge